TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00687-CV

Paula S. Oliver, M.D., Appellant

v.

Anita C. Zamora, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 98-06237, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 Because the parties to this appeal have reached a full and final settlement of all
issues raised, appellant Paula S. Oliver, M.D. filed a motion to dismiss this appeal. We grant the
motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2). 

Before Justices Kidd, B. A. Smith, and Puryear

Dismissed on Appellant's Motion

Filed: January 19, 2001

Do Not Publish